UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

FRANCES COFFI, individually and
on behalf of all others similarly
situated,

    Plaintiff,

v.

GHOSTBED, INC.,

    Defendant.
_____/

Case No. 0:21-cv-60877-AHS

**PUTATIVE CLASS ACTION**

**JOINT MOTION FOR ENTRY OF ORDER REMANDING CASE TO STATE COURT**

Plaintiff Frances Coffi ("Plaintiff") and Defendant Ghostbed, Inc. ("Ghostbed"), respectfully submit this Joint Motion for Entry of Order Remanding Case to State Court and state as follows:

1. On April 23, 2021, Defendant filed its Notice of Removal (ECF No. 1) in the above-captioned matter.

2. On April 29, 2021, Plaintiff filed her First Amended Class Action Complaint. (ECF No. 7.) Plaintiff's First Amended Class Action Complaint does not include one of the causes of actions included in her original Complaint, and also revises her allegations of injury and harm in that the general claims of harm identified in paragraph 4 of the original Complaint were not included in the Amended Complaint. However, Plaintiff maintains that she has suffered a legal injury sufficient for standing in state court.

3. On April 29, 2021, Plaintiff also filed the Motion to Remand (ECF No. 8) (the "Motion").

4. Since the filing of the Motion, the parties have conferred regarding the amendments made to Plaintiff's action and her removal of one of the causes of action alleged in

her Complaint. Based on those discussions, the parties have agreed to jointly request that this matter be remanded to state court, with no other relief granted to either party.

## CONCLUSION

For the foregoing reasons, Plaintiff Frances Coffi and Defendant Ghostbed, Inc. respectfully request that the Court enter an Order remanding this case to state court.

Dated: May 13, 2021

Respectfully Submitted,

STUMPHAUZER FOSLID SLOMAN
ROSS & KOLAYA, PLLC
Two South Biscayne Boulevard,
Suite 1600
Miami, FL 33131
Telephone: (305) 614-1400
Facsimile: (305) 614-1425

By: /s/ *Michael B. Nadler*
IAN M. ROSS
Florida Bar No. 091214
iross@sfslaw.com
MICHAEL B. NADLER
Florida Bar No. 005164
mnadler@sfslaw.com
docketing@sfslaw.com

***ATTORNEYS FOR DEFENDANT GHOSTBED, INC.***

**HIRALDO P.A.**
Manuel S. Hiraldo, Esq.
401 E. Las Olas Boulevard
Suite 1400
Fort Lauderdale, Florida 33301
(954) 400-4713

By: /s/ *Manuel S. Hiraldo*
MANUEL S. HIRALDO
Florida Bar No. 30380
mhiraldo@hiraldolaw.com

**IHJ Law**
Ignacio Hiraldo, Esq.

ijhiraldo@ijhlaw.com
1200 Brickell Avenue, Suite 1950
Miami, Florida, 33131
(786) 496-4469

By: /s/ *Ignacio Hiraldo*
IGNACIO HIRALDO
Florida Bar No. 56031
ijhiraldo@ijhlaw.com

***ATTORNEY FOR PLAINTIFF***
***FRANCES COFFI***

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of May, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Michael B. Nadler*
Michael B. Nadler

## SERVICE LIST

**HIRALDO P.A.**
Manuel S. Hiraldo, Esq.
mhiraldo@hiraldolaw.com
401 E. Las Olas Boulevard
Suite 1400
Fort Lauderdale, Florida 33301
(954) 400-4713

**IHJ Law**
Ignacio Hiraldo, Esq.
ijhiraldo@ijhlaw.com
1200 Brickell Avenue, Suite 1950
Miami, Florida, 33131
(786) 496-4469

*Counsel for Plaintiff*