UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60877-CIV-SINGHAL/VALLE

FRANCES COFFI, individually and
on behalf of all others similarly situated,

    Plaintiff,

v.

GHOSTBED, INC.,

    Defendant.
_____/

## ORDER OF REMAND

**THIS CAUSE** is before the Court on the parties' Joint Motion for Entry of Order Remanding Case to State Court (DE [11]).  On March 25, 2021, Plaintiff filed a Complaint against Defendant in state court, alleging violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.*, and of 47 C.F.R. § 64.1200.  (DE [1]).  Defendant removed the action to this Court on April 23, 2021, *id.*, and Plaintiff later filed a First Amended Class Action Complaint in this Court, (DE [7]).  The parties now state in their Joint Motion that they have conferred regarding Plaintiff's First Amended Complaint and agree that this case should be remanded to state court.  (DE [11] ¶ 4).  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the parties' Joint Motion for Entry of Order Remanding Case to State Court (DE [11]) is **GRANTED**.  This action is **REMANDED** to the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida.  The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 13th day of May 2021.

                                                            RAAG SINGHAL
                                                             UNITED STATES DISTRICT JUDGE

Copies furnished to counsel via CM/ECF